UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELROY ASKINS,<br><br>                      Plaintiff,<br><br>     -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                      Defendants. | 22-CV-9277 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 5, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 6, 2023
               New York, New York

                                                                  /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                             Chief United States District Judge